**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CV-64-HAB |
| | ) | |
| M&W CAPITAL LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In June 2022, Plaintiff obtained a clerk's entry of default against Defendants. Since then, the only activity on the case has been an appearance by one attorney and the withdrawal of another. (ECF Nos. 8, 9).

Federal Rule of Civil Procedure 41(b) allows a district court to dismiss an action with prejudice for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962). The Court will not dismiss the case now, but it will require Plaintiff to take some action to avoid the sanction in the future.

For these reasons, Plaintiff is ORDERED to either recommence prosecution of this action or show cause why this case should not be dismissed on or before April 3, 2023. Failure to comply with this order will result in this case being dismissed with prejudice.

SO ORDERED on March 2, 2023.

 s/ *Holly A. Brady*
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT