AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WELLS FARGO BANK, N.A.,

    Plaintiff

    v.   Civil Action No. 1:22-cv-64

M&W CAPITAL LLC
*doing business as*
Prime Remodeler

ROBERT MAST

BLAKE WILLIAMS

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**   JUDGMENT IS ENTERED in favor of the Plaintiff, Wells Fargo Bank, N.A., and against Defendants, M&W Capital LLC, Robert Mast, Blake Williams, in the amount of Two Hundred Ninety-Six Thousand Nine Hundred and Sixty-One Dollars and Forty-One Cents ($296,961.41), plus interest of $41.60 per day from and after June 1, 2023, until the judgment is satisfied, plus post-judgment interest at the rate of 5.22% per annum, along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff

☐   Other:

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Holly A. Brady, on a Motion for Default Judgment.

DATE:   06/13/2023         CHANDA J. BERTA, CLERK OF COURT

    by   s/J. Barboza
    *Signature of Clerk or Deputy Clerk*